IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**JULIUS LAWSON**,<br><br>Defendant | NO.  5: 05-CR-57 (WDO)<br><br>RE:   VIOLATION OF CONDITIONS OF RELEASE |

## ORDER OF REVOCATION AND DETENTION

Defendant JULIUS LAWSON, represented by legal counsel Ms. Debra G. Gomez of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer Todd D. Garrett on December 8, 2005.  The government was represented by Assistant U.S. Attorney Jennifer Kolman.  The defendant admitted the violations set forth in paragraph 1. of the petition.  Accordingly,

THE COURT FINDS:

(1) that the defendant Lawson has violated conditions of release on or about July 19, August 1, and November 18, 2005, as evidenced by a positive urinalyses for marijuana confirmed by Scientific Testing Laboratories, Inc., as alleged in paragraph 1. of said petition;[1]

(3) that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assure that he will not pose a danger to the safety of the community and its inhabitants by continuing to use  illegal drugs, in violation of state and federal law; and,

(4) that defendant Lawson is unlikely to abide by conditions of release prohibiting the use of illegal drugs and the violation of state/federal law.

---

[1] Prtobation Officer Garrett also advised that defendant Lawson had a presumptive positive for marijuana in December, 2005.

**ACCORDINGLY, IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered June 27, 2005, be, and it is, **REVOKED**. The defendant is ordered **DETAINED** and is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending sentencing. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 21st day of DECEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE